146 A.3d 476

**SCARBOROUGH**

v.

**ALSTATT**

**Pet. Docket No. 281, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Reported below: 228 Md.App. 560, 140 A.3d 497.

Petition for writ of certiorari denied.

■

146 A.3d 476

**STEIN**

v.

**PFIZER, INC.**

**Pet. Docket No. 255, Sept.Term, 2016**

Court of Appeals of Maryland.

Sept. 29, 2016

Reported below: 228 Md.App. 72, 137 A.3d 279.

Petition for writ of certiorari denied.